IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                     **CASE NO. 4:24-CR-00158-01 LPR**

**ANTHONY REESE**                                                                        **DEFENDANT**

## **ORDER**

Defendant filed a Motion to Modify Conditions of Release (Doc. 24). This is a pretrial matter and Magistrate Judge Patricia S. Harris previously entered the Order Setting Conditions of Release. Therefore, the Court finds that this motion should be referred for determination.

IT IS SO ORDERED that defendant's Motion to Modify Conditions of Release be referred to U.S. Magistrate Patricia S. Harris for determination.

DATED this 12th day of March 2025.

                                                        _____
                                                        LEE P. RUDOFSKY
                                                       UNITED STATES DISTRICT JUDGE