IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                **CASE NO. 4:24-CR-00158-01 LPR**

**ANTHONY REESE**                                                                                    **DEFENDANT**

## ORDER

Defendant's unopposed Motion for Continuance (Doc. 28) is GRANTED. The trial which is currently on the Court's trial docket for Tuesday, June 10, 2025, is now rescheduled to begin on **Tuesday, October 21, 2025 at 9:30 a.m.**

Defense counsel has received discovery in this case. Due to defense counsel's current caseload and Defendant residing in Alabama, additional time is needed to meaningfully and privately review the discovery material with the Defendant, collect any documents that may pertain to Defendant's prior criminal history, if any, to have a meaningful conversation with him regarding the Federal Sentencing Guidelines and their potential impact upon his sentence, pursue pretrial matters, and if necessary, prepare this case for trial. The ends of justice are better served by giving Defendant more time to prepare his case for trial or plea. And this interest outweighs both the Defendant's and the public's interest in a speedy trial. Any delay in commencing the trial of this case occasioned by the continuance ordered herein is excludable under the provision of the Speedy Trial Act, as provided by 18 U.S.C. § 3161(h)(7)(A) & (B).

Pursuant to General Order No. 54, defendant's lawyer Chris Tarver, is authorized to bring electronic devices to the courthouse for this proceeding.

IT IS SO ORDERED THIS 2nd day of May 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE